AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE DISTRICT OF ALABAMA | District of | NORTHERN DIVISION |

THE PRIME INSURANCE
SYNDICATE, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CLAUDE J. ZITO d/b/a LEVEL ACRES
MOBILE HOME ESTATES, EPA, LLLP
d/b/a LEVEL ACRES MOBILE HOME
ESTATES, BERNIE KEYS, and KATIE
KEYS,

CASE NUMBER: 2:08CV185-WKW

TO: Katie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 352099

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy A. Powell, Parsons, Lee & Juliano, P.C., P. O. Box 530630, Birmingham, AL 35253-0630,

an answer to the complaint herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

_Debra P. Hackett_     3/18/08
CLERK                  DATE

_V. Austin_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA     District of     NORTHERN DIVISION

THE PRIME INSURANCE
SYNDICATE, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CLAUDE J. ZITO d/b/a LEVEL ACRES
MOBILE HOME ESTATES, EPA, LLLP
d/b/a LEVEL ACRES MOBILE HOME
ESTATES, BERNIE KEYS, and KATIE
KEYS,

CASE NUMBER: 2:08cv185-WKW

TO: Bernie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 352099

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy A. Powell, Parsons, Lee & Juliano, P.C., P. O. Box 530630, Birmingham, AL 35253-0630,

an answer to the complaint herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

*Debra P. Hackett*                                         3/18/08

CLERK                                                       DATE

*V. Austin*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## PLEASE SERVE VIA CERTIFIED MAIL

| RETURN OF SERVICE | |
|---|---|
| Service of Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA        District of        NORTHERN DIVISION

THE PRIME INSURANCE
SYNDICATE, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CLAUDE J. ZITO d/b/a LEVEL ACRES
MOBILE HOME ESTATES, EPA, LLLP
d/b/a LEVEL ACRES MOBILE HOME
ESTATES, BERNIE KEYS, and KATIE
KEYS,

CASE NUMBER: 2:08CV185-WKW

TO:   EPA, LLLP d/b/a Level Acres Mobile
      Home Estates

      1253 North Eufaula Avenue
      Eufaula, AL 36027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy A. Powell, Parsons, Lee & Juliano, P.C., P. O. Box 530630, Birmingham, AL 35253-0630,

an answer to the complaint herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

_Debra P. Hackett_                                       3/18/08
CLERK                                                    DATE

_V. Austin_

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## PLEASE SERVE VIA CERTIFIED MAIL

| RETURN OF SERVICE | |
|---|---|
| Service of Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date           Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE DISTRICT OF ALABAMA | District of | NORTHERN DIVISION |
|---|---|---|

THE PRIME INSURANCE
SYNDICATE, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CLAUDE J. ZITO d/b/a LEVEL ACRES
MOBILE HOME ESTATES, EPA, LLLP
d/b/a LEVEL ACRES MOBILE HOME
ESTATES, BERNIE KEYS, and KATIE
KEYS,

CASE NUMBER: 2:08cv185-WKW

TO: Level Acres Mobile Home Estates

1253 North Eufaula Avenue
Eufaula, AL 36027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy A. Powell, Parsons, Lee & Juliano, P.C., P. O. Box 530630, Birmingham, AL 35253-0630,

an answer to the complaint herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

_Debra P. Hackett_          3/18/08

CLERK                       DATE

_V. Austin_

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## PLEASE SERVE VIA CERTIFIED MAIL

| RETURN OF SERVICE | |
|---|---|
| Service of Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
　　　　　　　　Date　　　　　　　　Signature of Server

_____
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA    District of    NORTHERN DIVISION

THE PRIME INSURANCE
SYNDICATE, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CLAUDE J. ZITO d/b/a LEVEL ACRES
MOBILE HOME ESTATES, EPA, LLLP
d/b/a LEVEL ACRES MOBILE HOME
ESTATES, BERNIE KEYS, and KATIE
KEYS,

CASE NUMBER: 2:08CV185-WKW

TO: CLAUDE J. ZITO d/b/a Level Acres
Mobile Home Estates

5 Bridgeview Drive
Rome, Georgia 30161

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy A. Powell, Parsons, Lee & Juliano, P.C., P. O. Box 530630, Birmingham, AL 35253-0630,

an answer to the complaint herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable period of time after service.

*Debra P. Hackett*    3/18/08

CLERK    DATE

*V. Austin*

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## PLEASE SERVE VIA CERTIFIED MAIL

| RETURN OF SERVICE | |
|---|---|
| Service of Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                 Signature of Server

                                            _____
                                            Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure