| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Lindsey O Hill_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Lindsey O. Hill<br>C. Date of Delivery: 2-19-08 |
| 1. Article Addressed to:<br>Katie Keys  08-185<br>c/o Richard F. Horsley<br>1 Metroplex Drive<br>Birmingham, AL 35209 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0004 4504 2087 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Connie M Adams_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Connie M Adams<br>C. Date of Delivery: 3-19-08 |
| 1. Article Addressed to:<br>Level Acres Mobile Home Estates<br>~~1253 North~~ Eufaula Avenue<br>Eufaula, AL 36027<br>1255 N Eufaula Lot 153 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br>08CV185<br>SKC<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0004 4504 2117 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bernie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Lindsey O. Hill_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lindsey O. Hill
C. Date of Delivery: 3-19-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   08CV185 SVC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0004 4504 2094

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EPA, LLLP d/b/a Level
Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Connie McAdams_   ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Connie McAdams
C. Date of Delivery: 3/19/08

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

   08CV185 SVC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0004 4504 2100

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540