IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| **THE PRIME INSURANCE SYNDICATE, INC.,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | 2:08-cv-00185-WKW-WC | |
| | ) | | |
| **CLAUDE J. ZITO d/b/a LEVEL ACRES MOBILE HOME ESTATES, EPA, LLLP d/b/a LEVEL ACRES MOBILE HOME ESTATES, LEVEL ACRES MOBILE HOME ESTATES, BERNIE KEYS, and KATIE KEYS,** | ) | | |
| | ) | | |
| Defendants. | ) | | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW The Prime Insurance Syndicate, Inc., the Plaintiff in the above-styled cause, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: There are no entities to be reported.

/s/ Dorothy A. Powell
DOROTHY A. POWELL
Attorney for Plaintiff

**OF COUNSEL:**

PARSONS, LEE & JULIANO, P.C.
2801 Highway 280 South
300 Protective Center
Post Office Box 530630 (35253-0630)
Birmingham, AL  35223-2480
(205) 326-6600
dpowell@pljpc.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on this the 27th th day of March, 2008, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and served by U.S Mail, postage prepaid to:

Claude J. Zito d/b/a Level Acres Mobile Home Estates
5 Bridgeview Drive
Rome, Georgia 30161

Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

EPA, LLLP d/b/a Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

Bernie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

Katie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

/s/ Dorothy A. Powell
OF COUNSEL