**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| THE PRIME INSURANCE SYNDICATE, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CLAUDE J. ZITO d/b/a LEVEL HOME ESTATES, et al., )<br>)<br>Defendant. ) | CV-2:08CV185-WKW |

### ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT

**COME NOW** the Defendants, Bernie Keys and Katie Keys, and Answer the Complaint for Declaratory Judgment, as above styled, as follows:

1. Admitted;

2. Admitted;

3. Admitted;

4. Admitted;

5. Admitted;

6. Admitted;

7. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

8. Admitted;

9. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

10. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

11. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

12. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

13. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

14. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

15. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

16. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

17. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

18. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

19. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

20. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

21. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

22. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

23. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

24. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

25. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

26. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

27. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

28. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

29. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

30. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

31. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

32. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

33. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

34. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

35. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

36. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

37. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

38. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

39. The Defendants are without sufficient knowledge or information to admit or deny this allegation;

40. Admitted;

41. Admitted;

42. Admitted;

43. Admitted;

44. Denied;

45. Denied;

46. Admitted;

47. The Defendants admit that Prime Insurance Sydnicate Inc seeks a declaration but denies that it is entitled to the relief requested;

48. The Defendants admit that the Plaintiff request relief but denies that the Plaintiff is entitled to the relief requested;

49. The Defendants admit that the Plaintiff request relief but denies that the Plaintiff is entitled to the relief requested.

### GENERAL AND AFFIRMATIVE DEFENSES

1. The Defendants herein deny that the Plaintiff is entitled to the declaratory relief requested and demands strict proof thereof.

2. The Defendants allege that the statute of limitations bars the Plaintiffs claims.

3. The Defendants allege that the Plaintiff has waived its claims based upon engaging in the litigation process.

4. The Defendants allege that the Plaintiff's claims are without merit and due to be dismissed.

Respectively submitted,

/s/ Richard F. Horsley
**Richard F. Horsley**
**Attorney for Plaintiff**

OF COUNSEL:
KING, HORSLEY & LYONS
1 Metroplex Drive, Suite 280
Birmingham, Alabama  35209
(205) 871-1310

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Answer on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 3rd day of April, 2008.

                        **/s/ Richard F. Horsley**
                        **OF COUNSEL**

**Dorothy Powell, Esquire**
**P.O. Box 530630**
**Birmingham, Alabama   35253-630**

**Claude J. Zito, Esquire**
**5 Bridgeview Drive**
**Rome, Georgia 30161**

**Level Homes Mobile Home Estates**
**1253 North Eufaula Avenue**
**Eufaula, Alabama 36027**

**EPA, LLLP d/b/a Level Homes Mobile Home Estates**
**1253 North Eufaula Avenue**
**Eufaula, Alabama 36027**