**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  The Prime Insurance Syndicate, Inc. v. Zito et al

Case Number:   2:08-cv-00185-WKW

Referenced Pleading: Corporate/Conflict Disclosure Statement     -  Doc. 9

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **THE PRIME INSURANCE SYNDICATE, INC.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CV-2:08CV185-WKW |
| **CLAUDE J. ZITO d/b/a LEVEL HOME ESTATES, et al.,** | ) ) ) | |
| Defendant. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

  **COME NOW** the Defendants, Bernie Keys and Katie Keys, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  ☒  This party is an individual, or

  ☐  This party is a governmental entity, or

  ☐  There are no entities to be reported, or

  ☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| 4/10/2008 | /s/ Richard F. Horsley |
| Date | Richard F. Horsley |
| | *(Counsel's Name)* |
| | **Bernie & Katie Keys** |
| | *Counsel for (print names of all parties)* |
| | **Bernie & Katie Keys** |
| | **c/o Richard F. Horsley** |
| | **King, Horsley & Lyons** |
| | **1 Metroplex Drive, Suite 280** |
| | **Birmingham, Alabama 35209** |
| | *Address, City, State and Zip Code* |
| | **(205) 871-1310** |
| | Telephone Number |

**CERTIFICATE OF SERVICE**

  I, Richard F. Horsley, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of April, 2008, to:

            **/s/ Richard F. Horsley**
            **OF COUNSEL**

**Dorothy Powell, Esquire**
**P.O. Box 530630**
**Birmingham, Alabama   35253-630**

**Claude J. Zito, Esquire**
**5 Bridgeview Drive**
**Rome, Georgia 30161**

**Level Homes Mobile Home Estates**
**1253 North Eufaula Avenue**
**Eufaula, Alabama 36027**

**EPA, LLLP d/b/a Level Homes Mobile Home Estates**
**1253 North Eufaula Avenue**
**Eufaula, Alabama 36027**