IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE PRIME INSURANCE SYNDICATE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv185-WKW |
| | ) | |
| CLAUDE J. ZITO d/b/a LEVEL ACRES MOBILE HOME ESTATES, et al, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**

COME NOW the Defendant, Claude J. Zito d/b/a Level Acres Mobile Home Estates (referred to herein sometimes as "Zito"), and moves this Honorable Court to dismiss Plaintiff's complaint for declaratory judgment, and as grounds therefore, states as follows:

1. On or about the 10th day of July, 2008, Zito was sued in the Circuit Court of Barbour County, Alabama, Eufaula Division in the case styled <u>Bernie Keys, et al. v. Level Acres Mobile Home Estates</u>, Case No. CV-07-49.

2. On the 17th day of March, 2008, Plaintiff, The Prime Insurance Syndicate, Inc. (hereinafter "Prime"), filed its complaint for declaratory judgment to determine the rights and obligations of Prime under a policy of insurance it issued to Zito regarding the above said case styled <u>Bernie Keys, et al. v. Level Acres Mobile Home Estates</u>, Case No. CV-07-49.

3. On or about the 26th day of March, 2008, Zito was served with Prime's complaint.

4. Prime's complaint for declaratory judgment is due to be dismissed. See <u>Ameritas Variable Life Ins. Co. v. Roach</u>, 411 F.3d 1328 (11thCir. 2005).

- 2 -

WHEREFORE, THE PREMISES CONSIDERED, Defendant, Claude J. Zito d/b/a Level Acres Mobile Home Estates, prays this Honorable Court will dismiss Plaintiff's complaint for declaratory judgment.

Respectfully submitted this the 14th day of April, 2008.

__s/ Clint Wilson_____
Clint Wilson (WIL362)
Attorney for Petitioner
OF COUNSEL:
McCOLLUM CRUTCHFIELD & WILSON
363-B East Glenn Avenue
Auburn, Alabama 36830
(334) 821-7799


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 14th day of April, 2008.

__s/ Clint Wilson_____
Clint Wilson(WIL362)
Attorney for Petitioner
OF COUNSEL:
McCOLLUM CRUTCHFIELD & WILSON
363-B East Glenn Avenue
Auburn, Alabama 36830
(334) 821-7799


Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

EPA, LLLP d/b/a Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

Bernie and Katie Keys

- 2 -

- 3 -

c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

Ms. Dorothy Powell
P.O. Box 530630
Birmingham, AL 35253-0630

Mr. Robert Gardner Poole
600 Ave. A
Opelika, AL  36801

- 3 -