IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PRIME INSURANCE SYNDICATE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:08cv185-WKW |
| | ) |
| CLAUDE J. ZITO d/b/a LEVEL ACRES | ) |
| MOBILE HOME ESTATES, et al, | ) |
| | ) |
| Defendants. | ) |

## Notice of Appearance

Comes now, Clint Wilson, and announces his representation of Claude J. Zito in this matter.

Submitted this the 14th day of April, 2008.

__s/ Clint Wilson_____
Clint Wilson(WIL362)
Attorney for Petitioner
OF COUNSEL:
McCOLLUM CRUTCHFIELD & WILSON
363-B East Glenn Avenue
Auburn, Alabama 36830
(334) 821-7799

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 14th day of April, 2008.

__s/ Clint Wilson_____
Clint Wilson(WIL362)
Attorney for Petitioner
OF COUNSEL:
McCOLLUM CRUTCHFIELD & WILSON
363-B East Glenn Avenue
Auburn, Alabama 36830
(334) 821-7799

Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

EPA, LLLP d/b/a Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

Bernie and Katie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

Ms. Dorothy Powell
P.O. Box 530630
Birmingham, AL 35253-0630

Mr. Robert Gardner Poole
600 Ave. A
Opelika, AL  36801