IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THE PRIME INSURANCE SYNDICATE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv185-WKW |
| | ) | |
| CLAUDE J. ZITO d/b/a LEVEL ACRES | ) | |
| MOBILE HOME ESTATES, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Claude J. Zito, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported on this the 14th day of April, 2008.


   s/ Clint Wilson
Clint Wilson(WIL362)
Attorney for Petitioner
OF COUNSEL:
McCOLLUM CRUTCHFIELD & WILSON
363-B East Glenn Avenue
Auburn, Alabama 36830
(334) 821-7799


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the parties listed below electronically or by placing a copy of the same in the United States mail, postage prepaid, to their correct address on this the 14th day of April, 2008.

  s/ Clint Wilson
Clint Wilson(WIL362)
Attorney for Petitioner
OF COUNSEL:
McCOLLUM CRUTCHFIELD & WILSON
363-B East Glenn Avenue
Auburn, Alabama 36830

(334) 821-7799

Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

EPA, LLLP d/b/a Level Acres Mobile Home Estates
1253 North Eufaula Avenue
Eufaula, AL 36027

Bernie and Katie Keys
c/o Mr. Richard F. Horsley
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

Ms. Dorothy Powell
P.O. Box 530630
Birmingham, AL 35253-0630

Mr. Robert Gardner Poole
600 Ave. A
Opelika, AL  36801