CERTIFIED MAIL™

7006 2760 0004 4504 2124

UNCLAIMED
ROME GA 30161-9998

UNCLAIMED
ROME GA 30161-9998

RETURNED TO SENDER

RETURNED TO SENDER

Claude J. Zito d/b/a Level Acres
Mobile Home Estate
5 Bridgeview Drive
Rome, Georgia 30161

DEBRA HACKETT, CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Claude J. Zito d/b/a Level
Acres Mobile Home Estates
5 Bridgeview Drive
Rome, GA 30161

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

08CV185
STC

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7006 2760 0004 4504 2124

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA         District of            NORTHERN DIVISION

THE PRIME INSURANCE
SYNDICATE, INC.,

### SUMMONS IN A CIVIL CASE

V.

CLAUDE J. ZITO d/b/a LEVEL ACRES
MOBILE HOME ESTATES, EPA, LLLP
d/b/a LEVEL ACRES MOBILE HOME
ESTATES, BERNIE KEYS, and KATIE
KEYS,

CASE NUMBER:  2:08cv185 - WKW

TO:   CLAUDE J. ZITO d/b/a Level Acres
      Mobile Home Estates

      5 Bridgeview Drive
      Rome, Georgia 30161

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dorothy A. Powell, Parsons, Lee & Juliano, P.C., P. O. Box 530630, Birmingham, AL 35253-0630,

an answer to the complaint herewith served upon you within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court with a reasonable
period of time after service.

*Debra P. Hackett*                          3/18/08

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**PLEASE SERVE VIA CERTIFIED MAIL**

| RETURN OF SERVICE | |
|---|---|
| Service of Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the third-party defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☐   Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____        _____
                          Date                                     Signature of Server


_____
                                                                        Address of Server