IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE PRIME INSURANCE SYNDICATE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CV-2:08CV185-WKW ) |
| CLAUDE J. ZITO d/b/a LEVEL HOME ESTATES, et al., | ) ) ) |
| Defendant. | ) |

## DEFENDANTS JOINDER IN MOTION TO DISMISS

**COME NOW** the Defendants, Bernie Keys and Katie Keys, and hereby adopt and join in the Defendant, Claude J. Zito d/b/a Level Acres Mobile Home Estates EPA, LLLP, d/b/a Level Acres Mobile Home Estates' Motion to Dismiss in the above styled cause of action. Furthermore, these Defendants adopt any and all further pleadings filed in the above styled cause of action by Claude J. Zito d/b/a Level Acres Mobile Home Estates EPA, LLLP, d/b/a Level Acres Mobile Home Estates.

Respectively submitted,

/s/ Richard F. Horsley
Richard F. Horsley
Attorney for Plaintiff

OF COUNSEL:
KING, HORSLEY & LYONS
1 Metroplex Drive, Suite 280
Birmingham, Alabama  35209
(205) 871-1310

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing on all counsel of records listed below by placing a copy of same in the United States Mail, first class, postage pre-paid on this the 12TH day of May, 2008.

/s/ Richard F. Horsley
OF COUNSEL

**Dorothy Powell, Esquire**
**P.O. Box 530630**
**Birmingham, Alabama   35253-630**

**Clint Wilson, Esquire**
**McCollum, Crutchfield & Wilson**
**363-B East Glenn Avenue**
**Auburn, Alabama 36830**

**Robert G. Poole**
**Whittelsey, Whittelsey & Poole**
**P. O. Box 106**
**Opelika, Alabama   36803-0106**